# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JENNIFER FORD** ) | Case Number 11-6237 |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| **AMERICAN EXPRESS COMPANY** ) | |
| ) | |
| **&** ) | |
| **SCHLEE & STILLMAN, LLC** ) | |
| ) | |
| **Defendants** ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Jennifer Ford having resolved any and all alleged claims against the Defendants, American Express Company and Schlee & Stillman, LLC hereby dismisses the above captioned matter with prejudice.

**Respectfully submitted,**
**WARREN & VULLINGS, LLP**

BY: _/s/Bruce K. Warren_
Bruce K. Warren, Esq.

Warren Law Group, P.C.
57 Cooper Street
Woodbury, NJ 08096
856-848-4572
bruce@warren-lawfirm.com