UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER FORD ) | Case Number 11-6237 |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN EXPRESS COMPANY ) | |
| ) | |
| & ) | |
| SCHLEE & STILLMAN, LLC ) | |
| ) | |
| Defendants ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Jennifer Ford having resolved any and all alleged claims against the Defendants, American Express Company and Schlee & Stillman, LLC hereby dismisses the above captioned matter with prejudice.

Respectfully submitted,
WARREN & VULLINGS, LLP

BY: _____/s/Bruce K. Warren_____
Bruce K. Warren, Esq.

Warren Law Group, P.C.
57 Cooper Street
Woodbury, NJ 08096
856-848-4572
bruce@warren-lawfirm.com

So Ordered:_____  03/01/12
Kiyo A. Matsumoto
U.S. District Judge